**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL DANIEL CUERO, *Petitioner-Appellant*, | No. 12-55911 |
| v. | D.C. No. 3:08-cv-02008-BTM-WMC |
| SCOTT KERNAN\*, *Respondent-Appellee.* | ORDER |

On Remand from the Supreme Court of the United States

Filed September 19, 2018

Before: Diarmuid F. O'Scannlain, Barry G. Silverman, and Kim McLane Wardlaw, Circuit Judges.

## ORDER

In light of *Kernan v. Cuero*, 138 S. Ct. 4 (2017), we affirm the judgment of the district court.

**AFFIRMED.**

---

\* Scott Kernan has been substituted for his predecessor, Matthew Cate, as Secretary, California Department of Corrections and Rehabilitation.